UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | U.S.C.A. No. 03-21187 |
| Plaintiff-Appellee ) | U.S.D.C. No. H-03-CV-855 |
| v. ) | U.S.D.C. No. H-87-CR-74-2 |
| PETER JAMES HOLLER ) | |
| Defendant-Appellant ) | |

MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR EN BANC HEARING OR PANEL REHEARING

AND

DECLARATION OF PETER JAMES HOLLER

Appellant Peter James Holler respectfully requests, pursuant to Circuit Rule 27.1.16, that the time currently established within which he is required to file his Petition for En Banc Hearing or Panel Rehearing pursuant to FRAP 35 or FRAP 40, be extended by 90 days. This motion is based on the attached Declaration of Peter James Holler.

Dated: August 31, 2004

_____
PETER JAMES HOLLER
Defendant-Appellant

```
 1                    UNITED STATES COURT OF APPEALS
 2                         FOR THE FIFTH CIRCUIT
 3
 4  UNITED STATES OF AMERICA          ) U.S.C.A. No. 03-21187
                                      )
 5       Plaintiff-Appellee           ) U.S.D.C. No. H-03-CV-855
                                      )
 6       v.                           ) U.S.D.C. No. H-87-CR-74-2
                                      )
 7  PETER JAMES HOLLER                )
                                      )
 8       Defendant-Appellant          )
 9
10                   DECLARATION OF PETER JAMES HOLLER
11
12       I, Peter James Holler, do declare and states as follows:
13
14       1.    I am the defendant-appellant in this action before the
15  Fifth Circuit Court of Appeals; U.S.C.A. No. 03-21187. I have per-
16  sonal knowledge of the following facts, and if called as a witness I
17  could and would testify competently to those facts.
18
19       2.    Concurrently I am also the defendant-appellant in an
20  action before the Ninth Circuit Court of Appeals; U.S.C.A. No. 03-
21  50129.
22
23       3.    From June 16, 2004 until August 24, 2004 I was transport-
24  ed between Federal Transfer Centers (FTC's) until being returned to
25  Terminal Island Federal Correctional Institution.
26
27       4.    Due to the fact that I am incarcerated and representing
28  myself in this proceeding before the Fifth Circuit, and did not re-
```

ceive my legal files (property) until August 26, 2004, I have been unable to work on my cases for the last 2½ months.

5. I understand that except in most extraordinary circumstances, the maximum extension for filing briefs is 40 days in civil cases, but I require a 90 day extension to await the Supreme Court's retroactivity ruling on Blakely v. Washington.

6. I have not contacted James L. Turner, the Assistant United States Attorney assigned to this case, and asked him if he opposed this extension of time, but I do not anticipate any opposition to this request.

7. I am currently incarcerated at the Federal facility in Terminal Island, California. My register number is #38320-079.

8. I have served a true and correct copy of this Motion for Extension of Time on the following interested parties:

Shari D. Stewman, Deputy Clerk
U.S. Court of Appeals for the
Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130
(Original + 3 copies)

Mr. James L. Turner, AUSA
Appellate Division Chief
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
(1 copy)

Via U.S. mail, postage prepaid, first class, by placing same in the Legal Mailbox located in Terminal Island, California, on this 31st day of August, 2004.

1 | I declare under penalty of perjury that the foregoing is true
2 | and correct. This Declaration was executed on August 31, 2004
3 | Terminal Island, California.

PETER JAMES HOLLER
Defendant-Appellant